**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-25-00049-CR**
_____

**ALFONSO GONZALEZ VALDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 435th District Court
Montgomery County, Texas
Trial Cause No. 24-05-07030-CR

**MEMORANDUM OPINION**

A grand jury indicted Appellant Alfonso Gonzalez Valdez ("Appellant" or "Valdez") for aggravated assault with a deadly weapon, a second-degree felony. *See* Tex. Penal Code Ann. 22.02(a)(2). Valdez pleaded "not guilty" to the offense, but a jury found him guilty as charged in the indictment. The trial court sentenced Valdez to fifteen years of confinement. Valdez timely filed his appeal.

On appeal, Appellant's court-ordered attorney filed a brief stating that he has reviewed the case and, based on his professional evaluation of the record and

1

applicable law, there are no arguable grounds for reversal. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). We granted an extension of time for Valdez to file a pro se brief, and we received no response from Valdez.

Upon receiving an *Anders* brief, this Court must conduct a full examination of the record to determine whether the appeal is wholly frivolous. *Penson v. Ohio*, 488 U.S. 75, 80 (1988) (citing *Anders*, 386 U.S. at 744). We have reviewed the entire record and counsel's brief, and we have found nothing that would arguably support an appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827-28 (Tex. Crim. App. 2005) ("Due to the nature of *Anders* briefs, by indicating in the opinion that it considered the issues raised in the briefs and reviewed the record for reversible error but found none, the court of appeals met the requirements of Texas Rule of Appellate Procedure 47.1."). Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

---

[1] Valdez may challenge our decision in this case by filing a petition for discretionary review with the Texas Court of Criminal Appeals. *See* Tex. R. App. P. 68.

AFFIRMED.

LEANNE JOHNSON
Justice

Submitted on September 30, 2025
Opinion Delivered October 8, 2025
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.